IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHASTA LONGWORTH,<br><br>           Plaintiff,<br><br>v.<br><br>OWEN J. ROBERTS SCHOOL DISTRICT, *et al.*<br><br>           Defendants. | CIVIL ACTION NO. 2:20-cv-6066-CDJ |

## ORDER TO DISMISS WITH PREJUDICE

AND NOW, on this ___18th___ day of ___March___, 2021, by stipulation of the parties and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.1, Plaintiff Chasta Longworth's above captioned lawsuit is hereby dismissed with prejudice and without costs being awarded to either party pursuant to the agreement of counsel. This ORDER shall end this lawsuit.

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II      **J.**